## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **PATRICK JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.** |
| | ) | **6:17-cv-1884-CEM-KRS** |
| | ) | |
| **CREDIT ONE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT CREDIT ONE BANK, N.A.'S UNOPPOSED MOTION TO STAY CASE IN FAVOR OF ARBITRATION

Defendant, Credit One Bank, N.A. ("Defendant"), by and through undersigned counsel, respectfully moves this Court for entry of an order staying litigation of plaintiff Patrick Jordan's ("Plaintiff") claims pending arbitration. In support of its Motion, Defendant states as follows:

1.      Plaintiff commenced this action by filing a complaint against Defendant on or about November 1, 2017. [*See* Doc. 1, Complaint.] Plaintiff has alleged that Defendant violated the Telephone Consumer Protection Act ("TCPA"). Plaintiff's claims are based on allegations that Defendant attempted to collect a debt related to credit card financing provided by Defendant.

2.      Plaintiff's claims relate to a credit card account issued by Defendant (the "Account"). Plaintiff's Account is subject to a Cardholder Agreement that contains an arbitration clause (the "Agreement").

3.      The parties have agreed to submit Plaintiff's claims to arbitration, in accordance with the Agreement.

4.      Thus, in accordance with the Agreement and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* ("FAA"), Defendant respectfully requests that this Court stay this action during the pendency of the arbitration proceeding.

WHEREFORE, based on the foregoing, and pursuant to the Agreement and the FAA, Defendant respectfully requests that the Court enter an Order staying this case so that Plaintiff's claims can be submitted to arbitration.

Respectfully submitted this 12th day of December, 2017.

*/s/ R. Frank Springfield*
R. Frank Springfield (FL Bar # 10871)
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-5187
Facsimile: (205) 244-5707
Email: fspringfield@burr.com

Attorney for Defendant,
CREDIT ONE BANK, N.A.

## LOCAL RULE 3.01(g) CERTIFICATE

I HEREBY CERTIFY that on December 11, 2017, I conferred with counsel for Plaintiff, who does not oppose the relief requested in this Motion.

*/s/ R. Frank Springfield*
R. Frank Springfield (FBN 0010871)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2017**,** I electronically filed the foregoing via CM/ECF, which will send a notice of electronic filing to the following:

Amanda J. Allen
William Peerce Howard
The Consumer Protection Firm, PLLC
210-A S. MacDill Ave.
Tampa, FL 33609

*/s/ R. Frank Springfield*
R. Frank Springfield (FL Bar # 10871)